**JS-6**

Joe Angelo (Bar No. 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorneys for Plaintiff
Claudia Parnell

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION**

CLAUDIA PARNELL

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., et. al.

Defendants.

Case No.: 8:25-cv-01933-KES

**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTs EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.**

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Claudia Parnell and Defendants Equifax Information Services, LLC, ("Equifax") and Experian Information Solutions, Inc. ("Experian"), that Defendants Equifax and Experian be dismissed from this action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED: July 23, 2026

**Gale, Angelo, Johnson, P.C.**

By: * /s/ Joe Angelo*
Joe Angelo
Attorneys for Plaintiff
Claudia Parnell

DATED: July 22, 2026

**Nokes & Quinn PC**

By: */s/ Thomas P. Quinn, Jr.*
Thomas P. Quinn, Jr.
Attorney for Defendant
Equifax Information Services, LLC

DATED: July 22, 2026

**Troutman Pepper Locke LLP**

By: */s/ Thomas Abbott*
Thomas Abbott
Attorney for Defendant
Experian Information Solutions, Inc.

**IT IS SO ORDERED.**

Dated: July 24, 2026

Karen E. Scott
Hon. Karen E. Scott, U.S. Magistrate Judge